No. 89-340

IN THE SUPREME COURT OF THE STATE OF MONTANA

1990

---

STATE OF MONTANA,

        Plaintiff and Respondent,

-vs-

JOSEPH THOMAS JINDRICH,

        Defendant and Appellant.

---

APPEAL FROM:    District Court of the Fourth Judicial District,
In and for the County of Missoula,
The Honorable Jack L. Green, Judge presiding.

COUNSEL OF RECORD:

        For Appellant:

        Joseph Thomas Jindrich, Pro Se, Missoula, Montana

        For Respondent:

        Hon. Marc Racicot, Attorney General, Helena, Montana
James Yellowtail, Asst. Atty. General, Helena
Robert L. Deschamps, III, County Attorney, Missoula,
Montana

---

Submitted on Briefs:  March 22, 1990

Decided:  March 30, 1990

Filed:

_____
Clerk

Justice William E. Hunt, Sr., delivered the Opinion of the Court.

Joseph Thomas Jindrich appeals from the verdict and judgment of the District Court, Fourth Judicial District, Missoula County, against him for Count I: driving without a valid driver's license, a misdemeanor, as specified in § 61-5-102, MCA, and Count II: failure to keep vehicle under control on a mountain roadway, a misdemeanor, as specified in § 61-8-361, MCA. The defendant represented himself at all stages of the proceedings. On February 13, 1989, a jury trial was held and the defendant was found guilty on both counts.

This Court finds substantial evidence in the record which supports the jury verdict and the District Court's judgment that the defendant shall be fined $25.00 on Count I and $30.00 on Count II to be paid to the Clerk of the District Court; that the defendant shall pay the cost of the jury in the amount of $250.80, payable through the Clerk of the District Court; and that the defendant shall pay a fee through the Clerk of the District Court in the amount of $20.00 ($10.00 on each count) as provided in § 46-18-236, MCA.

Affirmed. Let remittitur issue forthwith. See Rules 34 and 35, M.R.App.P.

Pursuant to Section I, Par. 3(c), Montana Supreme Court 1988 Internal Operating Rules, this decision shall not be cited as precedent and shall be published by its filing as a public document with the Clerk of the Supreme Court and by a report of its result to the West Publishing Company.

_____
Justice

We concur:

_____
Chief Justice

2

_Diane G. Barr_
_____

_Jane O. Shelley_
_____

_Fred J. Heber_
_____
Justices